S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
YUNNIE YOUN AHN (CA Bar No. 265517)
yahn@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. and
CALIFORNIA RECONVEYANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTHA M. BRATHWAITE (an individual),<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. (a National Association); CALIFORNIA RECONVEYANCE COMPANY (a California Corporation); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.( a separate corporation); and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV11-08691 JAK (VBKx)<br><br>JUDGE:   Hon. John A. Kronstadt<br><br>STIPULATION RE: STATUS OF SETTLEMENT<br><br>Action Filed:   March 9, 2009 |

Plaintiff Eartha Brathwaite ("Plaintiff") and defendants JPMorgan Chase Bank, N.A., ("JPMorgan") and California Reconveyance Company ("CRC") (jointly "Defendants") through the undersigned counsel, hereby stipulate to the following, with regard to the status of settlement discussions:

    1.    The trial period for a possible settlement concludes in July 2012.

    2.    Plaintiff is complying with the terms of the trial period in good faith.

    3.    Upon completion of the trial period, Defendants require another 3-4

1  weeks to determine whether the settlement can become permanent.

2

3  DATED: June 15, 2012            ALVARADOSMITH
                                   A Professional Corporation
4

5                                  By: /s/ S. Christopher Yoo
                                       S. CHRISTOPHER YOO
6                                      YUNNIE YOUN AHN
                                       Attorneys for Defendants
7                                      JPMORGAN CHASE BANK, N.A. and
                                       CALIFORNIA RECONVEYANCE
8                                      COMPANY

9

10 DATED: June 15, 2012            LAW OFFICE OF MICHAEL H. CHEN
11

12

13                                 By: /s/ Michael H. Chen
                                       MICHAEL H. CHEN
14                                     Attorneys for Plaintiff
                                       EARTHA BRATHWAITE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Eartha M. Brathwaite v. JPMorgan Chase Bank, etc.*
USDC Case No.: CV11-08691 JAK (VBKx)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707.**

On June 15, 2012, I served the foregoing document described as **Stipulation re: Status of Settlement** on the interested parties in this action.

[x] by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[x] **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

[ ] **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

[ ] **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

[ ] **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on June 15, 2012, at Santa Ana, California.

*Joyce M. Young*

**SERVICE LIST**
Eartha M. Brathwaite v. JPMorgan Chase Bank, etc.

Michael H. Chen, Esq.
Law Office of Michael H. Chen
515 S. Flower Street, Suite 3600
Los Angeles, CA 90071
AL109.2727

Tel: (213) 632-8009
Email: mhchen@mhxchenlaw.com