Michael H. Chen (SBN 274843)
Email: mhchen@mhchenlaw.com
Law Office of Michael H. Chen
515 S. Flower St., Ste. 3600
Los Angeles, CA 90071
Phone: (213) 632-8009

Attorney for Plaintiff, Eartha M. Brathwaite

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTHA M. BRATHWAITE (an individual),<br><br>          Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A. (a National Association); CALIFORNIA RECONVEYANCE COMPANY (a California Corporation); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (a separate corporation); and DOES 1 through 10, inclusive,<br><br>          Defendants. | Civil Action No: CV11-8691 JAK (VBKx)<br><br>Judge: Hon. John A. Kronstadt<br><br>WRITTEN REPORT RE: CASE RESOLUTION<br><br>Action Filed:    October 20, 2011 |

      This written report regarding the possibility of resolving this case in light of the trial period plan is submitted to the Court pursuant to the Judge's orders made on April 30, 2012.

      Plaintiff Eartha Brathwaite ("Plaintiff") has successfully completed the trial period plan by making timely mortgage payments for three months to Defendant JPMorgan Chase Bank, N.A., ("Defendant"). The last payment was made on July 1, 2012.

On July 18, 2012, Plaintiff received a Loan Modification Agreement ("Agreement") from Defendant.  Plaintiff has accepted the terms of the Agreement, and will have it signed, notarized, and mailed to Defendant's attorney of record.

Plaintiff anticipates filing a dismissal of the case with prejudice, once Plaintiff receives an executed copy of the Agreement from Defendant.


Dated this July 18, 2012                           /s/

                                                   Michael H. Chen, Esq.
                                                   Law Office of Michael H. Chen
                                                   515 S. Flower St., Ste. 3600
                                                   Los Angeles, CA 90071

WRITTEN REPORT RE: CASE RESOLUTION

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated this July 18, 2012                    /s/
_____
Michael H. Chen, Esq.
Law Office of Michael H. Chen
515 S. Flower St., Ste. 3600
Los Angeles, CA 90071

WRITTEN REPORT RE: CASE RESOLUTION